IN THE MATTER OF ALFRED CASTRO, GILBERT CHANG, ROY I. OCHI, TERRY N. ODA, REGINALD S. SATAKE AND ALGY K. YANG.

## No. 4175.

IN THE MATTER OF REGINALD S. SATAKE, ALGY K. YANG, TERRY N. ODA, ROY I. OCHI AND ALFRED CASTRO.

## No. 4176.

SEPTEMBER 14, 1960.

TSUKIYAMA, C. J., MARUMOTO, CASSIDY, WIRTZ AND LEWIS, JJ.

*Per Curiam.* The petition for rehearing in the above-entitled causes is denied without argument.

*Martin Pence* for the petition.